# CIRCUIT COURT OF BALTIMORE CITY.

Filed May 7, 1910.

WESTERN MARYLAND P. B. & L. ASSOCIATION
VS.
YOUNG.

*Robert L. Gill* for plaintiff.
*Andrew A. Savin* for defendant.

NILES, J.—

In this case the claim of the auctioneer has been previously hereto practically disallowed by Judge Heuisler.

The claim of the trustee to one-half commissions on account of a sale advertised by him, but "called off," must also be disallowed.

Without going into any disputed questions of fact, there is no pretence that the mortgagor paid the amount due before that sale was called off, and it is only when "the defendent shall pay" this amount that the rule provides that one-half commissions shall be granted.

Rule of Court, Equity No. 24.

# CIRCUIT COURT OF BALTIMORE CITY.

Filed May 7, 1910.

MANNING
VS.
MAYOR AND CITY COUNCIL OF BALTIMORE.

*Gill, Preston & Field* for plaintiff.
*Edgar A. Poe* for defendant.

NILES, J.—

In the cases heretofore tried in the Baltimore City Court between the same parties certain facts were involved which were necessary for the decision of those cases, and the decision as to which must now make them res judicatæ.

Taking these facts as conceded, the plaintiffs are entitled to the relief sought.

It may be only proper to say, in addition, that the weight of the evidence taken before me would force me to the same conclusion, were the matter res nova.